*MHN*

**RECEIVED**
*Oct 30, 2009*
OCT 30 2009

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

_TE F. AVALON_

_____

(Name of the plaintiff or plaintiffs)

v.

_COMBINED INSURANCE Co._
_AON CORPORATION_

(Name of the defendant or defendants)

)
)
)
)
)
)
)
)
)
)
)
)
)

09CV6847
JUDGE ANDERSEN
MAG. JUDGE COLE

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _TE F AVALON_ of the county of _ONONDAGA_ in the state of _NEW YORK_.

3.  The defendant is _COMBINED INS Co - AON CORP_, whose street address is _5050 BROADWAY_, (city) _CHICAGO_ (county)_____ (state) _ILLINOIS_ (ZIP) _60640_

    (Defendant's telephone number) _800·225·4500 COMBINED_ — _312·381·1000 AON_

II  The plaintiff sought employment or was employed by the defendant at (street address) _EBC- 2701 N. Rocky Point Dr. Suite 220_ (city) _TAMPA_

    (county)_____ (state) _FL_ (ZIP code) _33607_

5.  The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _JAN_, (day _25_, (year) _2008_

7.1    *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

               (a)  The defendant is not a federal governmental agency, and the plaintiff   *[check one box]*

                     ☐ has not  ☒ has filed a charge or charges against the defendant asserting the acts of

                    discrimination indicated in this complaint with any of the following government agencies:

       (i)    ☒ the United States Equal Employment Opportunity Commission, on or about
                (month) *SEPT*   (day) *22*  (year) *2008* .

       (ii)    ☐ the Illinois Department of Human Rights, on or about
                (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached.  ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2      The defendant is a federal governmental agency, and
        (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

                  ☐     Yes (month)_____ (day)_____ (year) _____

                  ☐     No, did not file Complaint of Employment Discrimination

       2.      The plaintiff received a Final Agency Decision on (month)_____
            (day) _____ (year) _____.

       c.      Attached is a copy of the

           a.  Complaint of Employment Discrimination,

                ☐ YES     ☐ NO, but a copy will be filed within 14 days.

        (ii)    Final Agency Decision

                ☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _JuLy_ (day) _3 /_ (year) _2008_ a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐   Age (Age Discrimination Employment Act).

(b)☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐   Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐   National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒   Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☒   Religion (Title VII of the Civil Rights Act of 1964)

(g)☐   Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]

(a)☐   failed to hire the plaintiff.

(b)☒   terminated the plaintiff's employment.

(c)☒   failed to promote the plaintiff.

(d)☐   failed to reasonably accommodate the plaintiff's religion.

(e)☐   failed to reasonably accommodate the plaintiff's disabilities.

(f)☐   failed to stop harassment;

(g)☐   retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐   other (specify):_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

*TAX FORMS, WKLY REPORTS SHOW EXTENSIVE TRAVEL, MILES, PLANES, + COST REQ MEETINGS + CALLS. TOLD LOSE JOB IF NOT FULFILLED. PD $200 DAY - HOW DID MY INCOME END UP $155,000.00 ON 1099's. ALSO CALENDERS MISC MONTHS TO SHOW HOW HECTIC SCHED WAS. DISCRIMINATION IS ONLY PROVEN BY 11 RCMS WENT TO 3 ALL OF SOMEHOW JEWISN PERSNASION - ALSO REMAINING MGR - JEWISH*

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☐ YES    ☐ NO  ?

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): *PAY ACCORDINGLY AS AN EMPLOYEE + ADDITONAL COMPENSATION FOR MENTAL ANGUISH. INCLUDING OVERTIME, AS WE WORKED 60-80 HRS WKLY IN THIS POSITION AS WELL AS TAX RAMIFICATIONS*

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

_____Te F. Avalon_____
Plaintiff's signature

_____TE F. AVALON_____
Plaintiff's name

EMPLOYEE BENEFIT COMMUNICATIONS, INC.
P.O. BOX 8264
CHICAGO IL 60680

TEANNA F AVALON
75 WEST GENESSEE STREET
BALDWINSVILLE NY 13027-1143

CONTACT 888-870-8805

|ᴵᴵᵐᵐ|ᴵᵐᵐ|ᴵᴵᵐᵐᵐ|ᴵᴵᵐᵐᵐ|ᴵᴵᵐ|

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>EMPLOYEE BENEFIT COMMUNICATIONS, INC.<br>P.O. BOX 8264<br>CHICAGO, IL 60680 | | 1 Rents | OMB No. 1545-0115<br><br>**2007**<br><br>Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|---|
| | | 2 Royalties | | |
| PAYER'S federal identification number<br>59-3215889 | RECIPIENT'S identification number<br>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 | 3 Other income | 4 Federal income tax withheld | **Copy B**<br>**For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>TEANNA F AVALON<br>75 WEST GENESSEE STREET<br>BALDWINSVILLE, NY 13027 | | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| | | 7 Nonemployee compensation<br><br>$84,413.82 | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (see instructions)<br>SHARE0005612368 | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no.<br>NY/ | 18 State income |

Form 1099-MISC          (keep for your records)          Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments made by employers to former employees who are serving in the Armed Forces of the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Taxes on Wages.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

Page 1 of 1

COMBINED INSURANCE COMPANY OF AMERICA
P.O. BOX 8264
CHICAGO IL 60680

TEANNA F AVALON
75 WEST GENESSEE STREET
BALDWINSVILLE NY 13027-1143

CONTACT 888-870-8805

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>COMBINED INSURANCE COMPANY OF AMERICA<br>P.O. BOX 8264<br>CHICAGO, IL 60680 | 1 Rents | OMB No. 1545-0115<br><br>**2007**<br><br>Form 1099- MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties | | |
| PAYER'S federal identification number  36-2136262 | RECIPIENT'S identification number  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 | 3 Other income | 4 Federal income tax withheld | Copy B |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>TEANNA F AVALON<br>75 WEST GENESSEE STREET<br>BALDWINSVILLE, NY 13027 | 5 Fishing boat proceeds | 6 Medical and health care payments | **For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 Nonemployee compensation  $1,016.75 | 8 Substitute payments in lieu of dividends or interest | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| | 11 | 12 | |
| Account number (see instructions)  SHARE0005612368 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no.  NY/ | 18 State income |

Form 1099- MISC            (keep for your records)            Department of the Treasury - Internal Revenue Service

# 1099-Misc Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self- employment (SE) tax.** If your net income from self- employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040- ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C- EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments made by employers to former employees who are serving in the Armed Forces of the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C- EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W- 9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self- employed. Report this amount on Schedule C or C- EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C- EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C- EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W- 2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Taxes on Wages.

**Box 8.** Shows substitute payments in lieu of dividends or tax- exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy- sell, deposit- commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C- EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 15a that is currently taxable is also included in this box. This amount is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16- 18.** Shows state or local income tax withheld from the payments.

Page 1 of 1

045495  0045495  00035142  0001            96284-0001  66209  01/22/08

B019759   13027   IRS USE ONLY   SB N   0 0   09   200931   CP:   14

**Department of the Treasury**
**Internal Revenue Service**
P.O. Box 9019
Holtsville, NY  11742-9019

For assistance, call:
1-800-829-8374
**Your Caller ID:**  411869

**Notice Number:** CP14
**Date:** August 17, 2009

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2007

003264.633679.0014.001 2 AT 0.482 1825

TE F  AVALON
75 W GENESEE ST
BALDWINSVILLE  NY   13027-1143

003264

| Amount You Owe as of September 7, 2009 |
|---|
| $4,453.60 |

According to our records, you have an amount due on your income tax.  Please compare your tax return against the figures below.  If you've already paid your tax in full or arranged for an installment agreement, please disregard this notice.

| Your 2007 Tax Record | |
|---|---|
| **Description** | **On Your Return** |
| Total Tax On Return | $3,351.00 |
| Less: | |
| Tax Withheld | $.00 |
| Estimated Payments | $.00 |
| Other Credits | $262.00- |
| Other Payments | $.00 |
| Total Payments & Credits | $262.00- |
| Underpaid Tax | $3,089.00 |
| Penalty | $1,098.58 |
| Interest | $266.02 |
| **Total Amount You Owe** | **$4,453.60+** |

**If we receive your payment by September 7, 2009, we will not charge additional penalty and interest.**

**If you agree please:**

- Make the check payable to "United States Treasury."
- Write your Taxpayer Identification Number on your check.
- Use the enclosed envelope.
- Include the tear off stub at the end of this notice and make sure the IRS address shows through the window.

**If you disagree please:**

- Call the customer service number above.
- Have your Taxpayer Identification Number available.
- If you wish to discuss a payment that you made by check, have the information from the front and back of your cancelled check available.

Page 1

## Activity Calendar

Tea Avalon

COMBINEED
*Employee Benefit*
*Communications, Inc.*

| Week of | Day | Detail of Activities: | With Whom | Where |
|---|---|---|---|---|
| 10/9/2006 | Monday | BISHOP COMMONS/ ONSITE | G.GREAPENTROG/L.VAZQUEZ | OSWEGO |
| | Tuesday | ST LUKES/ MEETING - HANCOCK & ESTABROOK/MEETING | C.GILL/ LEAH GOODMAN | OSWEGO/SYRACUSE |
| | Wednesday | HANCOCK & ESTABROOK/ST LUKE | M.COOKE/S.PACILLEO | BVILLE |
| | Thursday | HANCOCK & ESTABROOK/ST LUKE | M.COOKE/S.PACILLEO | SYRACUSE |
| | Friday | FOLLOW UP / OFFICE / ST. LUKE/ASBURY/ANDRITZ | PACILLEIO/PELLOW | BVILLE |
| 10/16/2006 | Monday | TRAVEL TAMPA/ FINISH MID-HUDSON SCD | EBC/ LORI PORSKI | TAMPA |
| | Tuesday | MEETING WITH J.PAUL | EBC | TAMPA |
| | Wednesday | RCM MTG | EBC | TAMPA |
| | Thursday | RCM MTG | EBC | TAMPA |
| | Friday | CHECK UP ON ADRITZ/ MID HUDSON CREDIT UNION | S. PELLOW | GLENS FALLS/KINGSTO |
| 10/23/2006 | Monday | POST ENROLLMENT MTG / ST LUKE | S. PACILELLO | OSWEGO |
| | Tuesday | OFF GO OVER ALL CASES | S.PELLOW | KINGSTON |
| | Wednesday | COMP UPDATING ALL INFO/ ORDERING COM & SUPPLIES | NEVOLA/COOKE | BVILLE |
| | Thursday | FOLLOW UP ON OFF/CASE SET UP/ENROLLERS/SUPPLIES | PACILLEIO/PELLOW | BVILLE |
| | Friday | MID HUDSON VALLEY CREDIT UNION SUMMURY | PELLOW | BVILLE |
| 10/30/2006 | Monday | EXPENSE RPTS/PA CASES | ENROLLERS/B.GROSS | BVILLE |
| | Tuesday | ASBURY & REDSTONE | MCLOOTA/GROSS | BVILLE |
| | Wednesday | PREPING NEW ENROLLERS/FOLLOW THRU OFFICE WORK | N.SANTINI/B.VACARRO | BVILLE |
| | Thursday | PA CASES & FINISH UP MID HUDSON / TRACKING CASES | B.GROSS/L.VAZQUEZ | BVILLE |
| | Friday | PAWLING COMPANY SET-UP | L.VAZQUEZ/S.PELLOW | BVILLE |

Activity Calendar 1

## Activity Calendar
### Tea Avalon

COMBINED
*Employee Benefit Communications, Inc.*

| Week of | Day | Detail of Activities: | With Whom | Where |
|---|---|---|---|---|
|  | Monday | n/a |  |  |
|  | Tuesday | RCM TRAINING | STEVE PELLOW | ALBANY, NY |
| 7/10/2006 | Wednesday | RCM TRAINING | STEVE PELLOW | ALBANY, NY |
|  | Thursday | OFFICE ORG/ENROLLER SET/UP VALVOLINE | M.COOKE, ENROLLERS | BVILLE, NY |
|  | Friday | STRATEGIC MEETING W/ORPHAN ACCT | M.COOKE | FISHKILL, NY |
|  | Monday | Met w/Ben.Spc. In Albany for eapp training/same in Connecticut | Coutles s/ M. Engengro | ALBANY, NY |
|  | Tuesday | Field training enroller | M.Engengro | New Haven, Conn |
| 7/17/2006 | Wednesday | Valvoline enroller care and problem solving | Coutles s/ M. Engengro | BVILLE, NY |
|  | Thursday | OFFICE ORG/ENROLLER SET/UP VALVOLINE/problem solving | Coutles's/ M. Engengro | BVILLE, NY |
|  | Friday | Delivering additional supplies/cleaning up case work/office | Coutlee's and Euforium | Syracuse |
|  | Monday | Valvoline, enroller supplies /invoices, Whitcraft | Coutlee, Engengro,Stevenson | BVILLE, NY |
|  | Tuesday | Prepared for St Luke and Scd enrollers, misc. Whicraft | S. Pacilleo and D.Stevenso | BVILLE, NY |
| 7/24/2006 | Wednesday | Meeting/St Lukes, Weinstein & Holtzman, training enroller on site | Pellow/Pacilleo, L. Vezquez | Oswego/Manhattan |
|  | Thursday | 1st day onsite training of enroller/Weinstein & Holtzman | Linda Vezquez | Manhattan, NY |
|  | Friday | AE Meeting | Paul Zoebel | Kingston, NY |
|  | Monday | WHITCRAFT | D.STEVENSON/T.YOUNG | EASTFORD,CT |
|  | Tuesday | WHITCRAFT/MT ST VINCENT | T.YOUNG/L.NEVOLA | WELLESLY, MASS |
| 7/31/2006 | Wednesday | WHITCRAFT/BETE FOG NOZZLE | D.STEVENSON/T.YOUNG | EASTFORD,CT |
|  | Thursday | ST JOSEPH/LIBERTY ARC | S. PACILLEO/S.PELLOW | UTTICA, NY |
|  | Friday | OFF/LIBERTY/BETE FOG NOZZLE/HUDSON HEADWATERS | PELLOW/STEVENSON | BVILLE, NY |

Activity Calendar 1

# Activity Calendar

**COMBINED**
*Employee Benefit Communications, Inc.*

| Week of | Day | Detail of Activities: | With Whom | Where |
|---|---|---|---|---|
| 10/30/2006 | Monday | APPR. EXP RPT/ OFF WORK /ORDERING SUPPLIES | ENROLLERS | BVILLE |
| | Tuesday | PA CASES/ ASBURY & REDSTONE / TRACKING/ MID-HUDSON | LINDA VAZQUEZ/B GROSS | BVILLE |
| | Wednesday | PA CASES/ ASBURY & REDSTONE UPDATING AE'S INFO | B GROSS/ M COOKE/ S PACI | BVILLE |
| | Thursday | RPTS/ SCHED PA / FOLLOWING THRU CATH CHAR/PAWLING | B GROSS/ DEBORAH KLEIN | BVILLE |
| | Friday | PAWLING FOLLOW THRU/ PA ORGANIZING ASBURY/REDSTO | B GROSS/ DEBORAH KLEIN | BVILLE |
| 11/6/2006 | Monday | OFFICE ASBURY/ PAWLING | B GROSS/CHRIS MCLOOTA | BVILLE |
| | Tuesday | TRIP TO PA/ PRELIMINARY MTG | B GROSS/CHRIS MCLOOTA | PITTSBURGH |
| | Wednesday | IMPLEMENTATION MTG ASBURY | M.COOKE | PITTSBURGH |
| | Thursday | BEN FAIR | M.COOKE | ALBANY |
| | Friday | TRAINING ENROLLER/PAWLING/ROSE ACRES | LINDA VAZQUEZ/B GROSS | ROCHESTER |
| 11/13/2006 | Monday | TRAINING PAWLING | S. PELLOW | ALBANY |
| | Tuesday | ENROLLING FOR PAWLING | S. PELLOW | FISHKILL |
| | Wednesday | ENROLLING FOR PAWLING | S. PELLOW | FISHKILL |
| | Thursday | personal day/funeral | S. PELLOW | PITTSBURGH |
| | Friday | OFF/TOPS, INFRASTRUCTURE,EPISCOPAL SNR CTR, | COOKE,DAKE,NEVOLA,MCCL | BVILLE |
| 11/20/2006 | Monday | OFF/TOPS, INFRASTRUCTURE, EPISCOPAL SNR CTR, | COOKE,DAKE,NEVOLA,MCCL | BVILLE |
| | Tuesday | POST ENROLL/PREP/HUDSON HEAD - OFF/TOPS/INFR | PELLOW/JAKEWAY | BVILLE |
| | Wednesday | POST ENROLLMENT MEETING - HHWATER | SHIRLEY JAKEWAY | GLENS FALLS |
| | Thursday | THANKSGIVING/OFF | | |
| | Friday | OFF/TOPS, INFRASTRUCTURE,EPISCOPAL SNR CTR, | COOKE,DAKE,NEVOLA,MCCL | BVILLE |

Activity Calendar 1

PHYLISSTROBECRACK  JOEE  〉 JEANNIE REINHART  (OCT 15)  〉  LARA
CUNNINGHAM (SARASOTA) 941-377-0781 〉 580-227-3783 - FAIRVIEW FELLOWSHIP 〉 LEBO

# OCTOBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| *CABABILITIES SUPPLIES 9/25 17433/374512  *FAIRVIEW FELLOWSHIP SUPPLIES/10.2/17621 370373  *OPPORTUNITY CTR 17476 SUPPLIES/9.25 374905  *McCALLS/SUPPLIES 8/27 16502 - | 1 CALL LINDA HALE  ✓Ctr 4 DISABLED PREP MTG  ✓HEALTH FAIR KEYMARK  • KEYMARK NICKS  1:00 MD APRIL | 2 8:30/9:00  • Ctr-KICK-OFF  • NANCOCH ESTABISH HEALTH FAIR  • MEET BRENDA + MANAGERS | 3•CALL WENDYS ASS  9-4 EXEC CLASS  • CALL L. MARLIN  • CALL SHELLPOINT  • NICCICK FALLS  ✓EMAIL CHARLIE  ✓VERIFICATION |
| 7 F+F 518-853-8009  •FLY PITTSBURGH  Call Appalacian  •Happy Benefit | 8 Columbus Day (Observed) Thanksgiving Day (Canada)  CALL RICK KAMRES  Verland Meeting TIME  •CALL JEANIE @ FAIRVIEW (REINHART)  DIRECT MAIL 16c | 9 John Knox Verlin Orlando, Fla Dress code  2:30 | 10 • CALL APPALACH  ✓BRENDA/DICK/2PM  • 930-MIAMI JEWS  ✓BRENDA VERIFICATION |
| 14 USAIR FLIGHT ALBANY NB2229  7:10 AM AVIS  LQ-MCYNX2= | 15 KASSON+KELLER SHARON  600 VERLAND-KC  ?Chris Rey-Senaples  Chala-? Circses  150 | ES 16•CALL ANGIE KEYMARK  ✓VERLAND  WINTER?  2 WKS | 17 COURT?  ✓10:30 MGMA CTR  Mtg. 50 EE  • MIKE VERLAND 5 WKS  4:00 PM  Rent Avis  ✓VERIFICATION |
| 21 FLY SYR. 6AM UNITED  VT FLORIDA N9SCRP  AAHSA AVIS  C6018247  LQ-X 2 NTS  OHU | 22 KEY/10:30 LINDA  Mimi •?Chris  /?Buudrox  Phyn- 200. TRESSA  -TRANS/LINDA  Precius-Chris Rey  OPPORTUNITY ??  (50 | 23 FLIGHT PGH  9AM Party-Tulsa Schd.  10 AM-  2 Run Tours  1 PM  10/22  Empire/Mavia/23 | 24•DEDICATE-CMBP  •UNITED NATIONS DAY  LINDA/KEY/10:30  • CALL J. KNOX  ?Uy  VERIFICATION |
| 28 Daylight Saving Time Ends (Clocks Back)  TULSA LAGUINTA X 3 NTS  587471403  C6C18248 →  LQ 3NTS  CFH | 29 ST HAPS/10AM MANNING  CALL DEBBIE  KA. DEVELOPMENT  Party LAWMASTER  Tulsa-2 BEN SRE | 30 FLY NYORK/PGH  RENT CAR CENTER  • BOOT CAMP -  9AM CENTRAL  WKXCQ | 31 Halloween  HOTEL  LINDA/16-2  ST MARGARET  BARB YOUNG  *VILLAGE CARE/PAULA WILKES 10AM  •12:30 BROADWAY  VERIFICATION |

2-3-30 CHRISTIAN

〉 WENDY MENEDEZ

• WENDY ASSIT= JESSIE MONTILLA RIVERA (MONTOYJM@IAHONET.COM?

# 2007

| THURSDAY | FRIDAY | SATURDAY | |
|---|---|---|---|
| 4 XMASS MEETING SILENT AUCTION<br>- IMPLEMENTATION fee<br>ELMIRA / PACIELLO<br>70.88  9AM<br>• Done for Leland Thursday<br>RCH RPT | 5  RCH CALL<br>9AM - CALL | 6 | **SEPTEMBER 2007**<br><table><tr><td>S</td><td>M</td><td>T</td><td>W</td><td>T</td><td>F</td><td>S</td></tr><tr><td></td><td></td><td></td><td></td><td></td><td></td><td>1</td></tr><tr><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td></tr><tr><td>9</td><td>10</td><td>11</td><td>12</td><td>13</td><td>14</td><td>15</td></tr><tr><td>16</td><td>17</td><td>18</td><td>19</td><td>20</td><td>21</td><td>22</td></tr><tr><td>23</td><td>24</td><td>25</td><td>26</td><td>27</td><td>28</td><td>29</td></tr><tr><td>30</td><td></td><td></td><td></td><td></td><td></td><td></td></tr></table> |
| 11 RICK HATCHER NOT AVAILABLE<br>10-AM ALDERSGATE<br>• CALL LARRY LEBOLD<br>F+F / BRENDA<br>1PM<br>• CALL APPALACIAN<br>✓ RCH RPT | 12 RCM CALL<br>- ORDER SUPP/ASC<br>• CALL SNELL POINT<br>F+F / BRENDA / 1PM | 13 | **NOVEMBER 2007**<br><table><tr><td>S</td><td>M</td><td>T</td><td>W</td><td>T</td><td>F</td><td>S</td></tr><tr><td></td><td></td><td></td><td></td><td>1</td><td>2</td><td>3</td></tr><tr><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td><td>9</td><td>10</td></tr><tr><td>11</td><td>12</td><td>13</td><td>14</td><td>15</td><td>16</td><td>17</td></tr><tr><td>18</td><td>19</td><td>20</td><td>21</td><td>22</td><td>23</td><td>24</td></tr><tr><td>25</td><td>26</td><td>27</td><td>28</td><td>29</td><td>30</td><td></td></tr></table> |
| 18<br>★RICK HATCHER NOT AVAILABLE<br>- LINDA V// 10:30<br>✓ RCH RPT<br>STAT LINES TBD | 19 RCM CALL<br>Return Maize<br>LINDA — OFF<br>1Q-X2  ? | 20 | **MEMO**<br>9/24 D. SPICUZZA —<br>ORDERED COMP / 3806<br>• LIZ - VISIT. |
| 25 KEY / 10:30 / LINDA<br>• CALL DEBBIE<br>KAIL DEVEL<br>• 2:30 M___ Meeting<br>Bradley "Dayton"<br>218 / +21 (2+9)<br>XCH RPT | 26 RCM CALL<br>• LAURA BRALEY @<br>CTR - Recruitment<br>EMPIRE / LINDA ^AM<br>F+F ? CALL ^PM<br>HOMECOMING<br>Empire / Linda ^PM | 27 | **PHONE/FAX**<br>- Monster Spicuzza<br>- D. Simonds<br>- P. Hudson |
| VERLAND<br>VICTOR WINKLER<br>MICHAEL CABOT<br>KIANNA JONAS<br>KEYMARK<br>LINDA V.<br>BRENDA V. | McCALLS<br>JESSE FORESTER<br>CHRISTINE DEAN<br>OPPORTUNITY CTR<br>ANN PATTERSON | CENTRAL STATE<br>COMMUNITY CTR<br>FAIRVIEW FELLOWSHIP<br>CHRISTINE DEAN | **E-MAIL**<br>POSTERS / PUPPYS<br>+ US ELECT<br>SUPPLIES<br>? OMBP = Karen<br>ALDERSGATE /<br>KATHLEEN<br>HENDRICK |

# NOVEMBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| TENN-ENROLLERS SHARON McCLENDON BOB COLE | NC-ENROLLERS Mike Smith Jeff Owens | McCalls JESSE OWENS | |
| 4 FLY TENN. SYR USAIR LQ-093518207 | 5 OKLAHOMA CITY 2 BDY 3 PC APPALACIAN KO JOHNSON CITY TENN ANN PATTERSON LQ-TYRON ST/014720788 DRIVE NC → McCALLS | 6 Election Day 3 FILES BDM. SPC ALDERSGATE =MGR MTG 45 10 AM Min "22" Mgrs -CORP/SLOTTED 1:30 / 4:30 | 7 DELTA-BUFFLO/ EARLY START/SLOTTED *NIAGRA REHAB → STEVE CHIZUK? FLY FLORIDA VERIFICATION |
| 11 Veterans Day Remembrance Day (Canada) | 12 PRIOR OKAHOLGEE TULSA OKLAHOMA McCALLS KICK-OFF | 13 SYR. HOME USAIR TPH →X SGO DX →LQUINTA -EAST | 14 USA 10AM /55/827 E -Call Jan/Husband ·SCORE VERIFICATION |
| 18 | 19 -Call Teresa/VanAu | 20 1PM D OO | 21 VERIFICATION |
| 25 | 26 Go To Newark Home BRENDA-NEHER CALL N+S LINDA-CTE | 27 N 25 K59 -BROADWAY NOISE | 28 LINDA/AZ VERIFICATION |

# 2007

| THURSDAY | FRIDAY | SATURDAY | |
|---|---|---|---|
| 1 *Return Sign* / *Catholic 10AM Charities* / HOME | 2 *RCM CALL* / LINDA - 8AM/12PM / St MARGARET / → PITTSBURGH? / VERLAND/REDSTONE / DAY OFF? | 3 | **OCTOBER 2007**<br>S M T W T F S<br>1 2 3 4 5 6<br>7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 |
| 8 *ARRIVAL* / *Charlie Ray / El.* / Tina William / 12PM LUNCH / OPEN ENROLL - VILLAGECARE / FLY HOME / RCM RPT LQ - | 9 RCM CALL / - Portland Maine / ?? No 9th / DAY OFF? | 10 | **DECEMBER 2007**<br>S M T W T F S<br>1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 |
| 15 / 1:30 PAUL / CORBITT / HOOSICK / 9AM CALL/IMS / RCM RPT | (16) RCM CALL / END | 17 | **MEMO** |
| 22 *Thanksgiving* | 23 RCM CALL | 24 | **PHONE/FAX** |
| 29 LINDA-AP / OFFICE / ENTERPRENER CLASS / RCM RPT | 30 RCM CALL / OFFICE / SEND CATHOLIC / CHARITIES INFO | | **E-MAIL** |

**EMPLOYEE BENEFIT COMMUNICATIONS, INC. - Regional Case Manager (RCM)**

| Name | Social Security # | Mailing Address |
|---|---|---|
| TEA AVALON | 181482329 | 75 W. GENESEE ST, BALDWINSVILLE, NY 13027 |

| Period: From | To | D.I.D. | Payment Processing | | |
|---|---|---|---|---|---|
| 02/16/07 | 02/28/07 | STEVE PELLOW | Direct Deposit | XXXX | Mail |

| HOTEL | | | | | MEALS |
|---|---|---|---|---|---|
| Date | Name of Hotel | Location | Direct Bill (Y/N) | Reimbursable Cost | Per Diem Rate $25 Daily |
| 2/18/07 | RED ROOF INN | SOUTH DEERFIELD, MA | Y | | 25.00 |
| 2/19/07 | RED ROOF INN | RUTLAND | Y | | 25.00 |
| 2/20/07 | LAQUINTA | LATHAM | Y | | 25.00 |
| 2/21/07 | LAQUINTA | LATHAM | Y | | 25.00 |
| 2/22/07 | LAQUINTA | LATHAM | Y | | 25.00 |
| | | | | | |
| | | | | | |
| | | | | $        - | $      125.00 |

ENTERED

| MILEAGE - Deduct first 20 miles daily if no overnight stay required | | | | | |
|---|---|---|---|---|---|
| Date | From (Location) | To (destination and/or case) | # Miles | Deduction (if appl) | Total Mileage Due |
| 2/16/2007 | BVILLE | FONDA | 296 | | 88.80 |
| 18-Feb | BVILLE/SOUTH DEERFIELD MA | S.DEERFIELD/GREENFIELD/ | 296 | | 88.80 |
| 2/19/2007 | GREENFIELD/BETHAL/BRATTLEBO | BRATTLEBORO/BENNINGTON/RUTLAND | 179 | | 53.70 |
| 2/20/2007 | RUTLAND/BURMINGHAM/RUTLAND | RUTLAND/LATHAM | 220 | | 66.00 |
| 2/21 & 22 | BVILL/LITTLEFALLS/BVILLE | LATHAM/BENNINGTON/BVILLE | 386 | | 115.80 |
| 2/23 & 24 | BVILLE/BENNINGTON/BVILLE | BVILLE/NEW BERLIN/BVILL | 440 | | 132.00 |
| 2/26& 27 | BVILLE/BINGHAMTON/BVILLE | BVILLE/ROCHESTER/LACAWANA/BVILLE | 535 | | 160.50 |
| 2/28/2007 | BVILLE | CORNING | 220 | | 66.00 |
| | | | 2572 | 0 | $      771.60 |

| MISCELLANEOUS EXPENSES | | |
|---|---|---|
| Date | Description of Expense / Activity | Total Due |
| 2/18/2007 | INK & FILE BOX EXAMPLE FOR ENROLLER MTG | 43.49 |
| 2/19/2007 | OUT OF STATE FAX | 5.50 |
| 2/19/2007 | FILE FOLDERS/HANGERS FOR EXAMPLE BOX | 10.47 |
| 2/22/2007 | INK | 17.99 |
| 2/28/2007 | COFFE & MISC // S. PACILLEO / PATHWAYS | 7.57 |
| 1/31/2007 | EZ PASS DEC/JAN | 74.96 |
| | | |
| MILEAGE | CASES ABOVE/BONDAUTO-MULTI SITES/VAN ALLEN/CHASE/G.SHEP/CATHCHAR/MDF/PATHWAYS | |
| | | $      159.98 |

RECEIVED  MAR 9 2007

| SUMMARY OF EXPENSES (to be completed by Acctg Dept only) | | |
|---|---|---|
| Description | G/L Account | Amount |
| Hotel | 6842100 | $        - |
| Meals / Per Diem | 6844500 | $      125.00 |
| Mileage | 6842330 | $      771.60 |
| Travel - Other | 6842300 | 74.96 |
| Cell Phone | 6855005 | |
| Telephone | 6855040 | 5.50 |
| Office Supplies | 6860005 | 71.95 |
| meals | 6844000 | 7.57 |
| | | |
| TOTAL | | $    1056.58 |

**RCM Signature**

*Tea Avalon*

**Approver's Signature**

**Accounting Dept. Approval**

*L. Killebrew    3/9/07*

**Business Unit - C0035**    Dept ID - 7V230 ✓    Revision 9/06

**EMPLOYEE BENEFIT COMMUNICATIONS, INC. - Regional Case Manager (RCM)**

| Name | Social Security # | Mailing Address | | |
|---|---|---|---|---|
| **TEA AVALON** | **181482329** | 75 W GENESEE ST   BALDWINSVILLE, NY 13027 | | |

| | To | D.I.D. | Payment Processing | | |
|---|---|---|---|---|---|
| 04/01/07 | 04/15/07 | STEVE PELLOW | Direct Deposit | XXX | Mail |

### HOTEL / MEALS

| Date | Name of Hotel | Location | Direct Bill (Y/N) | Reimbursable Cost | Per Diem Rate $25 Daily |
|---|---|---|---|---|---|
| 4/24/07 | LAQUINTA | LATHAM | Y | | 25.00 |
| 4/29/07 | FAIRFIELD INN | CORNING | N | 116.59 | 25.00 |
| 4/30/07 | LAQUINTA | PORTLAND ME | Y | | 25.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | $ 116.59 | $ 75.00 |

### MILEAGE - Deduct first 20 miles daily if no overnight stay required

| Date | From (Location) | To (destination and/or case) | # Miles | Deduction (if appl) | Total Mileage Due |
|---|---|---|---|---|---|
| 16-Apr | BVILLE | OSWEGO | 160 | -20 | 42.00 |
| 17-Apr | BVILLE | SARATOGA | 375 | -20 | 106.50 |
| 18-Apr | BVILLE | ROCHESTER | 200 | -20 | 54.00 |
| 23-Apr | BVILLE | LACKAWANA/PITTSFORD/LACKAWANA | 490 | -20 | 141.00 |
| 24-Apr | BVILLE | LATHUM | 175 | | 52.50 |
| 26-Apr | BVILLE | ROCHESTER | 200 | -20 | 54.00 |
| 27-Apr | BVILLE | N SYRACUSE X3 | 180 | -20 | 48.00 |
| 29-Apr | BVILLE | CORNINIG | 480 | | 144.00 |
| | | | 2260 | 0 | $ 642.00 |

### MISCELLANEOUS EXPENSES

| Date | Description of Expense / Activity | Total Due |
|---|---|---|
| 26-Mar | PARKING/CORNING | 0.75 |
| 3/29/2007 | COFFEE/MTG/ENROLLER/BVACCARO | 7.00 |
| 23-Apr | DINNER/MTG/ENROLLER/MMACHADO | 22.04 |
| 29-Apr | DINNNER/CASE TRAINING/K&D MELROSE | 73.17 |
| 28-Apr | SHIPPING ALLSTATE MANUEL TO ENROLLER/TRAINING W J.PAUL | 25.50 |
| 30-Apr | PARKING/CORNING | 0.50 |
| | | |
| | | $ 128.96 |

### SUMMARY OF EXPENSES (to be completed by Acctg Dept only)

| Description | G/L Account | Amount | RCM Signature |
|---|---|---|---|
| Hotel | 6842100 | $ 116.59 | |
| Meals / Per Diem | 6844500 | $ 75.00 | |
| Mileage | 6842330 | $ 642.00 | |
| Travel - Other | 6842300 | | Approver's Signature |
| Cell Phone | 6855005 | | |
| Telephone | 6855040 | | |
| Office Supplies | 6860005 | | |
| | | | Accounting Dept. Approval |
| | | | |
| | TOTAL | $ 833.59 | |

**Business Unit - C0035**          Dept ID -          Revision 9/06

**EMPLOYEE BENEFIT COMMUNICATIONS, INC. - Regional Case Manager (RCM)**

| Name | Social Security # | Mailing Address |
|---|---|---|
| TEA AVALON | 181482329 | 75 W GENESEE ST   BALDWINSVILLE, NY 13027 |

| Period: From | To | D.I.D. | Payment Processing | | |
|---|---|---|---|---|---|
| 11/15/07 | 01/15/08 | STEVE PELLOW | Direct Deposit | XXX | Mail |

### HOTEL / MEALS

| Date | Name of Hotel | Location | Direct Bill (Y/N) | Reimbursable Cost | Per Diem Rate $25 Daily |
|---|---|---|---|---|---|
| 11/18/08 | laquinta | latham | y | | 25.00 |
| 11/19/08 | laquinta | latham | y | | 25.00 |
| 12/2/08 | laquinta | latham | Y | | 25.00 |
| 12/10/08 | WESTIN | CHICAGO | Y | | 25.00 |
| 1/9/08 | laquinta | PORTLAND MAINE | Y | | 25.00 |
| 1/10/08 | laquinta | PORTLAND MAINE | Y | | 25.00 |
| | | | | $        - | $ 150.00 |

### MILEAGE - Deduct first 20 miles daily if no overnight stay required

| Date | From (Location) | To (destination and/or case) | # Miles | Deduction (if appl) | Total Mileage Due |
|---|---|---|---|---|---|
| 11/16/2007 | BVILLE | FISHKILL NY | 490 | -20 | 141.00 |
| 19-Nov | BVILLE | LATHUM NY | 350 | | 105.00 |
| | | | | | - |
| 30-Nov | BVILLE | ALBANY | 355 | -20 | 100.50 |
| 12//2/ | BVILLE | FISHKILL NY/LATHUM | 540 | | 162.00 |
| 5-Dec | BVILLE | FONDA | 260 | -20 | 72.00 |
| 6-Dec | BVILLE | BUFFALO | 330 | -20 | 93.00 |
| 31-Dec | BVILLE | FONDA | 260 | -20 | 72.00 |
| | | | 2585 | 0 | $ 745.50 |

### MISCELLANEOUS EXPENSES

| Date | Description of Expense / Activity | Total Due |
|---|---|---|
| 12/1 & 1/1/08 | COMMUNICATION COST | 540.00 |
| 11/19/2008 | 1/2 BILL FOR DINNER W/VAZQUEZ.OTHER 1/2 W/TO AAHSA.  LINDA WORKED CENTER/KEYMARK. | 42.48 |
| 12/7/2008 | POSTAGE TO AE/RI | 4.60 |
| 12/10/2008 | SHUTTLE CHICAGO AIRPORT/HOTEL RD TRIP | 49.00 |
| 1/9 & 1/13 | MISC OFF SUPP FOR TRACKING/PAPER/INK | 99.11 |
| 1/10-11/30 | EZPASS | 112.88 |
| 10/26/2008 | 90/60 OPPORTUNITY CTR/ NEVER CLAIMED THIS BONUS | 100.00 |
| 1/15/2008 | 90/60/RAIL DEVELOPMENT | 100.00 |
| | | $ 1,048.07 |

### SUMMARY OF EXPENSES (to be completed by Acctg Dept only)

| Description | G/L Account | Amount |
|---|---|---|
| Hotel | 6842100 | $          - |
| Meals / Per Diem | 6844500 | $ 150.00 |
| Mileage | 6842330 | $ 745.50 |
| Travel - Other | 6842300 | |
| Cell Phone | 6855005 | |
| Telephone | 6855040 | |
| Office Supplies | 8860005 | |
| Misc. | | $ 1,048.07 |
| TOTAL | | $ 1,943.57 |

RCM Signature

*Tea Avalon*

Approver's Signature

Accounting Dept. Approval

**Business Unit - C0035**      **Dept ID -**      Revision 9/06

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tea F. Avalon<br>75 W. Genesee Street<br>Baldwinsville, NY 13027 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

Certified Mail 7001 0320 0005 8565 3065 CP

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 525-2008-01242 | Sarronda Harris,<br>Investigator | (312) 886-9320 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*      **No Employee/Employer Relationship**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John P. Rowe,_
**John P. Rowe,**
**District Director**

7/25/2009
*(Date Mailed)*

Enclosures(s)

cc:

**COMBINED INSURANCE CO. OF AMERICA**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 353-2713
TTY: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
STATE & LOCAL FAX: (312) 353-4041
LEGAL FAX: (312) 353-8555

FILE REVIEWS FAX: (312) 886-1168
MEDIATION: (312) 353-6676
HEARINGS FAX: (312) 886-5391

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to Sylvia Bustos and mailed to the address above or faxed to **(312) 886-1168.**

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* **Before filing a lawsuit,** but within 90 days of your receipt of the Right to Sue, or

* **After your lawsuit has been filed.** If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint that shows the court docket number.

If you are the Respondent you may be granted access to the file **only after** a lawsuit has been filed. Include with your request a copy of the first page of the court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Document Services, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Document Services.**

(Revised 04/01/09)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 525-2008-01242 |

| | New York State Division Of Human Rights | and EEOC |
|---|---|---|
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Tea F. Avalon** | **(315) 303-5418** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **75 W. Genesee Street, Baldwinsville, NY 13027** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **COMBINED INSURANCE COMPANY**   RECEIVED | **500 or More** | **(800) 225-4500** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **5050 North Broadway, Chicago, IL 60640**   SEP 22 2008 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **AON CORPORATION**   E.E.O.C. BUF | **500 or More** | **(312) 381-1000** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **200 East Randloph Street, Chicago, IL 60601** | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-25-2008 | 01-25-2008 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with above named Respondent in or around August 2003. I was last classified as a Regional Case Manager (RCM). The Respondent contends that I am an independent contractor. I was not an independent contractor. The Respondent controlled where, when and how I performed the job. The Respondent furnished the tools and equipment for my job, assigned me additional projects and determined my hours of work. I had no distinct occupation or business of my own. As a result of the wrongful classification, I have been subjected to disparate terms and conditions of employment with respect to hours of work, holiday pay, overtime pay, vacation pay, workers' compensation benefits, mileage pay, unemployment benefits, social security, Medicare benefits, medical insurance benefits and other unfavorable working conditions, than if I had been a regular employee. I was paid via a 1099, and even my reimbursements were classified as earned income, which adversely affected my tax situation.

On January 25, 2008, I was terminated. The Respondent's stated reason for terminating me made no sense and was pretext. I was not given the 30-day notice my contract stipulated. In fact, in December 2007, I was named for a promotion to a National AAHSA Account Manager position, pending approval from Sheila Precious, Vice President of Work Site Division.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements My Commission Expires February 7, 2012 Notary Public, State of New York |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____ | X _Tea Avalon_ |
| Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 525-2008-01242 |

## New York State Division Of Human Rights

_State or local Agency, if any_ and EEOC

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Precious blocked the promotion and terminated my employment. All of the aforementioned issues were under the supervision and decision-making purview of Sheila Precious.

Four other similarly situated RCMs, not of the Jewish religion, were similarly discharged. Currently, the Respondent has four employees in my former job classification, and three of them are Jewish or have a spouse of the Jewish religion. The fourth person is not Jewish. The Director is Jewish and the Respondent also replaced our positions with a less-qualified part-time employee, who is also Jewish. The Respondent repeatedly gave preferential treatment to Jewish employees.

I believe I was discharged because I am not Jewish, in violation of Title VII of the Civil Rights Act of 1964, as amended.

JOHN E. THOMPSON
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires February 7, 2010

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>X _Lea Walton_ |
| _____     _____<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

## NOTICE TO CHARGING PARTY

After you filed your Charge of discrimination with EEOC, we notified the Party against whom the Charge was made. We either attempted to settle your Charge or we took certain steps to investigate the Charge, although generally the investigative efforts were not as extensive as either you or we would have preferred. The number of investigators continues to get smaller; at the same time that investigator caseloads have more than doubled recently, so that the average charge filed this year receives a total of only <u>ten hours</u> of investigator time.

We sincerely regret that, in the very limited amount of investigative time available, we were unable to determine whether the allegations you made establish a violation of federal law. Because of this, and because we were not able to obtain settlement terms acceptable to both parties, we are closing your Charge without making a determination.

It is important for both parties to understand that we are <u>not</u> finding that the Charge isn't true or valid, or that the alleged discrimination did not occur. We have simply found it necessary – solely because of our lack of resources/staff – to close our file on this matter, and refer it to you for any additional action you may wish to take. You will find, as part of this Notice, a document titled Notice of Right to Sue. Together, these documents authorize you to bring your own lawsuit, based on your Charge. If you wish to proceed further, you must file that suit within 90 days from the date you <u>receive</u> this Notice. You may sue on your own and, if you choose to do so, the Office of the Clerk of Court will assist you with the filing. If you are unable to afford fees for filing suit or to hire an attorney, you are also authorized to ask the court to allow you to sue without paying filing fees, and also to appoint an attorney to represent you without charge. Finally, if you wish to retain an attorney to sue on your behalf, we are enclosing information about attorney referral programs that may assist you.

Our closure of this matter is final, and cannot be appealed. Again, this action does not reflect any determination on our part that a violation of law has or has not occurred. It is instead only an indication that, because no additional time or resources are available to us, EEOC will take no further actions on your Charge.

Point that I wrote on a separate note and read to the EEOC investigator to back up my claim that we were actually employees:

1. There was a definite employer/employee relationship there.

2. We were supervised closely and followed all the rules and regulations of the employer.

3. They provided all equipment, training, etc.

4. They told us what our hours were (it was just impossible to do the work entirely in those hours).

5. Had annual job evaluations.

6. They did not want us to work for anyone else.

7. We were paid regularly, not by the job, and completed daily reports to verify our activities.

Plaintiff's street address   _75   W. GENESEE ST_

City _BALDWINSVILLE_   State _NY_      ZIP _13027_

Plaintiff's telephone number _315· 247· 2448_

Date: _10·27·09_

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

```
                                    )
Plaintiff                           )
  v.  TE F. AVALON                  )       Case Number:
                                    )
                                    )       Judge:
                                    )
Defendant                           )
```

### NOTICE OF MOTION

TO:   *Combined Insurance Co*

      *AON Corp*

_____

**PLEASE TAKE NOTICE** that on _____ at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in Courtroom _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

_____

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: _____     Date: _____

Name (Print): _____

Address: _____     Phone: _____

_____

_____

# The Ins and Outs of Hiring An Independent Contractor

### BY BILL BISCHOFF

Cost savings are on top of any business owner's mind these days. And even if business is doing so well that you need to expand staff, you may be terrified of the obligations that go along with hiring a full-time employee.

One solution: Hire an independent contractor.

Unfortunately the Internal Revenue Service has been skirmishing with taxpayers for decades about the so-called worker-classification issue.

**THE TAX GUY** Here is what you need to know to avoid problems.

When a worker is classified as a "common law employee," your business generally must withhold federal income tax and the employee's half of Social Security and Medicare taxes from the worker's wages. Your business must also pay the employer's half of Social Security and Medicare taxes, pay federal unemployment tax, file federal payroll tax returns, and follow tons of IRS and Department of Labor rules. You may also get socked with state and local unemployment and worker-compensation taxes and have to comply with even more rules. Dealing with all this stuff can cost thousands of dollars a year for each employee.

To find out who is a common law employee, various statutes, regulations and court decisions come into play—and IRS and Labor Department rules can differ from state and local ones. That said, if you're allowed to treat a worker as an independent contractor under IRS rules, you'll likely be in good shape. So I'll mainly address IRS rules here.

With an independent contractor, you don't have to worry about employment-tax issues or providing expensive fringe benefits. If you pay $600 or more to an independent contractor during the year, you must issue a Form 1099-MISC to report what you paid. That's generally the extent of your bureaucratic responsibilities.

Here's the rub: If you treat a person who is actually a common law employee as an independent contractor, your company could be assessed big bucks for unpaid taxes plus interest and penalties. You could also be on the hook for employee benefits that should have been provided but were not.

Despite lots of rhetoric on the subject, it boils down to this: A worker is an independent contractor if you have little to no control over the way that person gets the job done. If you insist on lots of day-to-day supervision, the worker is probably a common law employee.

So if you just tell the worker what you want accomplished and by when and then stand back, you have an independent contractor relationship, right? Well, it's not quite that simple. The worker could still be a common law employee if he or she works full time for you, has no other significant clients, is required to make extensive daily progress reports, and gets paid by the hour (or day or week or month) rather than by the job.

Although it certainly helps your independent-contractor argument if the work is performed away from your premises, that is not a cure-all.

Finally, if you are treating or have treated another worker in essentially the same circumstances as an employee, you've shot yourself in the foot.

As for more-specific advice, use a written contract for any worker you want classified as an independent contractor. Taking this step will help resolve ambiguous situations in your favor. The contract should refer to the worker as a contractor and refer to payments as contract payments (not wages). It should not prevent the worker from taking on other projects and it should not require full-time work for you or working every day on your premises. Payment should be due on completion of the project or at designated progress points. The contract term should be limited rather than open-ended, and it should say you won't pay for expenses except in specified instances.

If you follow these guidelines, you should be in the clear. However, it never hurts to hear the other side of the story. Go to the IRS's Web site and print and fill out Form SS-8 if you want the IRS to tell you how to classify a worker. While on the IRS site, type "worker classification" into the search engine. Read what you find while sprinkling it liberally with salt and keeping these tips in mind.